# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

157417 & (77)(78)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 157417
                                  COA: 334063
                                  Wayne CC: 15-007041-FC

FRANKLYN DIMUN GARRISON,
      Defendant-Appellant.

_____/

      By order of July 29, 2019, the prosecutor was directed to answer Issue VI of the application for leave to appeal the January 30, 2018 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of the two issues not addressed by that court during its initial review of this case – Issues V and VI in the defendant's supplemental brief, filed under AO 2004-6 (Minimum Standards for Indigent Criminal Appellate Defense Services), Standard 4. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The motions for peremptory reversal and for the appointment of counsel are DENIED.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019



t1204

                                  Clerk